UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach Division)

CASE NO. 04-80841-CIV-MIDDLEBROOKS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | FILED by ___ D.C. |
| Plaintiff, | MAR 10 2006 |
| v. | CLARENCE MADDOX<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. - W.P.B. |
| CONVERGE GLOBAL, INC., TELEWRX, INC.,<br>MICHAEL P. BROWN,<br>JONATHAN G. FINK, and<br>KEITH B. LAGGOS | |
| Defendants. | |

### FINAL JUDGMENT AS TO DEFENDANT JONATHAN G. FINK

WHEREAS, the Securities and Exchange Commission ("Commission"), having filed a Complaint on September 2, 2004, and Defendant Jonathan G. Fink ("Defendant") having answered; a jury trial having been held in this matter; and the jury having found unanimously that:

- Defendant violated Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, by;

    - Employing a device, scheme, or artifice to defraud in connection with the purchase or sale of a security; and

    - Making an untrue statement of a material fact or omitting to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading in connection with the purchase or sale of a security;

    - Engaging in an act, practice, or course of business which operated or would operate as a fraud or deceit upon any person in connection with the purchase or sale of a security.

The Court orders the following relief:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

 (a) to employ any device, scheme, or artifice to defraud;

 (b) to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading;

 (c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person;

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay a civil penalty in the amount of $ 25,000 pursuant to Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3). Defendant shall make this payment within ten (10) days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Jonathan G. Fink as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. A copy of the correspondence shall be sent to R. Daniel O'Connor, Securities and Exchange Commission, 33 Arch Street, 13$^{\underline{d}}$ Floor, Boston, Massachusetts, 02110-1424.

III.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is permanently barred from participating in any offering of penny stock.

IV.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

3

V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: March 9, 2006

Hon. Donald M. Middlebrooks
UNITED STATES DISTRICT JUDGE